# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) CRYSTAL WILLIAMS-JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-465-R |
| | ) |
| 1) INNOVATIVE SENIOR CARE HOME HEALTH OF EDMOND, LLC, d/b/a BROOKDALE HOME HEALTH OKC, and | ) |
| 2) BROOKDALE SENIOR LIVING COMMUNITIES, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Innovative Senior Care Home Health of Edmond, LLC, d/b/a Brookdale Home Health OKC and Brookdale Senior Living Communities, Inc., Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from an Order denying Defendants' Motion to Compel Arbitration entered in this action on June 16, 2017 [Doc. 13].

Dated July 14, 2017.

Respectfully submitted,

**HOLDEN & CARR**

*/s/ Don W. Danz*
Michael L. Carr, OBA #17805
Don W. Danz, OBA #14607
Jessica L. Craft, OBA #31126
15 East 5th Street, Suite 3900
Tulsa, OK 74103
(918) 295-8888; (918) 295-8889 fax
MikeCarr@HoldenLitigation.com
DonDanz@HoldenLitigation.com
JessicaCraft@HoldenLitigation.com
*Attorneys for Defendant Innovative Senior Care Home Health of Edmond, LLC, and Brookdale Senior Living Communities, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jana B. Leonard, OBA #17844
leonardjb@leonardlaw.net

Lauren W. Johnston, OBA #22341
johnstonlw@leonardlaw.net

Shannon C. Haupt, OBA #18922
haupts@leonardlaw.net

*/s/ Don W. Danz*
Don W. Danz

2.466