**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. CRYSTAL WILLIAMS-JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-17-465-R |
| | ) | |
| 1. INNOVATIVE SENIOR CARE HOME HEALTH OF EDMOND LLC, d/b/a BROOKDALE HOME HEALTH OKC, et al., | ) ) ) ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Crystal Williams-Jackson, hereby stipulates with the Defendants, Innovative Senior Care Home Health of Edmond, LLC, d/b/a Brookdale Home Health OKC and Brookdale Senior Living Communities, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 31st DAY OF JULY, 2018.**

> s/Lauren W. Johnston
> Jana B. Leonard, OBA#17844
> Shannon C. Haupt, OBA#18922
> Lauren W. Johnston, OBA#22341
> LEONARD & ASSOCIATES, P.L.L.C.
> 8265 South Walker Avenue
> Oklahoma City, OK 73139
> (405) 239-3800 Telephone
> (405) 239-3801 Facsimile
> leonardjb@leonardlaw.net
> haupts@leonardlaw.net

        johnstonlw@leonardlaw.net
        *Attorneys for Plaintiff*

        s/Rebekah R. Martin
        Don W. Danz, OBA #14607
        Rebekah R. Martin, OBA #33227
        HOLDEN & MONTEJANO
        15 East 5th Street, Suite 3900
        Tulsa, OK 74103
        Telephone (918) 295-8888
        Facsimile (918) 295-8889
        dondanz@holdenlitigation.com
        rebekahmartin@holdenlitigation.com
        *Attorneys for Defendants*